FILED

2004 JAN 15 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of | : | CIVIL ACTION NO.: |
| CONNECTICUT CONCRETE CONSTRUCTION, INC. and CONNECTICUT CONCRETE CONSTRUCTION, INC. | : | 3:02 CV 0251 (AHN) |
| V. | : | |
| ST. PAUL GUARDIAN INSURANCE COMPANY and MONTAGNO CONSTRUCTION, INC. | : | JANUARY 7, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in the above captioned action do hereby stipulate to the dismissal of such action. The parties have entered into a settlement agreement.

PLAINTIFF:
United States of America, for the use and benefit of Connecticut Concrete Construction, Inc. and Connecticut Concrete Construction, Inc.

By: _____
Joseph P. Yamin, Esq.
Federal Bar No. (CT 16178)
Keith P. Zanni, Esq.
Federal Bar No. (CT 23146)
Yamin & Grant, LLC
182 Grand Street, Suite 417
Waterbury, CT 06702
(203) 574-5175


DEFENDANTS:
St. Paul Guardian Insurance Co. and Montagno Construction, Inc.

By: _____
Robert J. O'Brien, Esq.
Federal Bar No. (CT 05489)
Gordon, Muir and Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976
(860) 525-5361