FILED

2004 JAN 15 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of CONNECTICUT CONCRETE CONSTRUCTION, INC. and CONNECTICUT CONCRETE CONSTRUCTION, INC. | CIVIL ACTION NO.: 3:02 CV 0251 (AHN) |
| V. | |
| ST. PAUL GUARDIAN INSURANCE COMPANY and MONTAGNO CONSTRUCTION, INC. | JANUARY 7, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in the above captioned action do hereby stipulate to the dismissal of such action. The parties have entered into a settlement agreement.

1/27/04  APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.